PROB 12C
(6/16)

Report Date: February 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Casey D. Beckham | Case Number: 0980 2:09CR00146-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99016 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 2, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) & 924; | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence:<br>(April 4, 2017) | Prison - 120 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: February 28, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 27, 2034 |

## PETITIONING THE COURT

To issue a **warrant.**

On March 6, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the judgment and conditions with Mr. Beckham. Mr. Beckham subsequently signed the judgment indicating his receipt and understanding of such.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Special Condition #4**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: **Supporting Evidence**: Mr. Beckham allegedly violated the above-stated condition on or about January 31, 2025, by failing to obtain an updated substance abuse evaluation and enter into any recommended treatment. |

Prob12C  
**Re: Beckham, Casey D**  
**February 18, 2025**  
**Page 2**

On January 13, 2025, Mr. Beckham left Costa Mesa Detox, a substance abuse treatment center in California, against medical advice. In a phone conversation with Mr. Beckham on this date, the undersigned agreed to permit Mr. Beckham to leave such treatment on the condition that he enter into treatment as soon as possible upon his arrival back in Spokane.

On January 23, 2025, Mr. Beckham still had not sought out any treatment options. The undersigned directed Mr. Beckham to be engaged in substance use disorder (SUD) treatment services no later than January 31, 2025. Mr. Beckham agreed to this deadline.

On February 4, 2025, Mr. Beckham met with the undersigned in the Spokane probation office. Mr. Beckham reported he had not entered into any SUD treatment services due to being "too busy."

On February 14, 2025, the undersigned contacted Mr. Beckham via telephone. Mr. Beckham reported he was to meet with treatment staff at Royal Life on this date to conclude his intake process. Mr. Beckham was instructed to have staff contact the undersigned to verify such; no such communication was ever received.

At the time of this report, the undersigned has not received any verifiable report of Mr. Beckham entering into any SUD treatment services.

2   **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Beckham allegedly violated the above-stated condition on or about February 4, 2025, by ingesting an illegal controlled substance, methamphetamine, as evidenced by a positive urinalysis test.

On February 4, 2025, Mr. Beckham met with the undersigned at the Spokane probation office and submitted to an observed urinalysis test. Mr. Beckham's urine sample returned presumptive positive results for methamphetamine. Mr. Beckham denied use of such substance, but did admit to being around individuals who use such. Mr. Beckham proceeded to sign a denial of use form. The urine sample was packaged in Mr. Beckham's presence and sent to the national testing lab (NTL) for confirmation testing.

On February 13, 2025, the NTL returned results confirming the positive presence of methamphetamine in Mr. Beckham's urine sample.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 02/18/2025 |
|---|---|
| | s/Nicolas Olson |
| | Nicolas Olson  U.S. Probation Officer |

Prob12C
**Re: Beckham, Casey D**
**February 18, 2025**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

2/20/2025
Date