PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 25, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 25, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Casey D. Beckham | Case Number: 0980 2:09CR00146-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Washington 99016 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 2, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) & 924 | | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Resentence:<br>(April 4, 2017) | Prison - 120 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: February 28, 2024 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 27, 2034 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously report to the Court on 02/18/2025.

On March 6, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the judgment and conditions with Mr. Beckham. Mr. Beckham subsequently signed the judgment indicating his receipt and understanding of such.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Beckham allegedly violated the above-stated condition on February 22, 2025, by being arrested for violations of Washington State laws, as evidenced by Spokane Police report 2025-200035523.<br><br>According to the above-noted police report, Mr. Beckham was stopped near the intersection of West Longfellow and North Nettelton, in Spokane, on February 22, 2025, for driving without license plates displayed. During this stop Mr. Beckham gave false information to the officer by providing his brother's name and date of birth instead of his own. When Mr. Beckham's true identity was later confirmed, he apologized to the officers for lying about his name, stating "I knew I had a warrant." |

Prob12C
**Re: Beckham, Casey D**
**February 25, 2025**
**Page 2**

    Mr. Beckham was ultimately arrested for Possession of a Controlled Substance, in violation of RCW 69.50.4013.1A; Making a False Statement to a Public Servant, in violation of RCW 9A.76.175; and Operating a Vehicle Without Proper Registration, in violation of RCW 46.16A.030.2.

4      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

    **Supporting Evidence**: Mr. Beckham allegedly violated the above-stated condition on February 22, 2025, by unlawfully possessing a controlled substance, methamphetamine, as evidenced by Spokane Police report 2025-200035523.

    According to the above-noted police report, a plastic sandwich bag containing a rocklike substance, similar to methamphetamine, was located on Mr. Beckham's person during an arrest. Mr. Beckham asked the officer to "throw away" the substance, stating "this is going to fuck me for my probation."

    The substance was later field tested and resulted in being presumptive positive for methamphetamine. It was then logged as evidence.

5      **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

    **Supporting Evidence**: Mr. Beckham allegedly violated the above-stated condition on February 21, 2025, by failing to report to the undersigned in-person as directed.

    On February 19, 2025, the undersigned officer attempted to contact Mr. Beckham via telephone. After two unanswered calls, this officer left a voice mail message for Mr. Beckham directing him to report to the Spokane probation office on February 21, 2025, at 8:30 a.m. Mr. Beckham later sent this officer both an email and text message confirming he would report as directed.

    On February 21, 2025, Mr. Beckham failed to report to the probation office by the designated time. Approximately 20 minutes after the designated time, Mr. Beckham sent this officer a text message stating "running late sorry." Mr. Beckham called a short time later and reported he was on the side of the highway and his car had broken down. At approximately 10 a.m., 90 minutes after the designated reporting time, this officer called Mr. Beckham back and again left a voice mail, this time directing him to report to the Spokane County Jail no later that 5 p.m. to self-surrender as he had an active warrant. Mr. Beckham failed to do so as evidenced by his arrest by Spokane Police on February 22, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Beckham, Casey D
February 25, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/25/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

m. k. Dimke

Signature of Judicial Officer

February 25, 2025

Date